**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:17-cv-00508-GCM**

| | |
|---|---|
| JASNA BUKVIC-BHAYANI, DAHLIA INSTITUTE OF MAKEUP ARTISTRY LLC, and JULIE GOODALL, | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| Plaintiffs, | |
| vs. | |
| BALDWIN RAY MITCHELL, JR., WYATT JONES, JR., KRISTA ROSE, ABBY SEATS, DIANE SMITH, and RENEE BYARS, in their official capacities as Members of the North Carolina Board of Cosmetic Art Examiners, and LYNDA ELLIOTT, in her official capacity as Executive Director of the North Carolina Board of Cosmetic Art Examiners. | |
| Defendants. | |

The motion of **Justin Pearson** for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

> Justin Pearson
> INSTITUTE FOR JUSTICE
> 2 S. Biscayne Boulevard, Suite 3180
> Tel: (305) 721-1600
> Fax: (305) 721-1601
> Email: jpearson@ij.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Jasna Bukvic-Bhayani, Dahlia Institute of Makeup Artistry LLC, and Julie Goodall;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Western District of North Carolina.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Signed: September 15, 2017

Graham C. Mullen
United States District Judge