UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-cv-00508-GCM

| | |
|---|---|
| JASNA BUKVIC-BHAYANI, DAHLIA INSTITUTE OF MAKEUP ARTISTRY LLC, and JULIE GOODALL,<br><br>    Plaintiffs,<br><br>vs.<br><br>BALDWIN RAY MITCHELL, JR., WYATT JONES, JR., KRISTA ROSE, ABBY SEATS, DIANE SMITH, and RENEE BYARS, in their official capacities as Members of the North Carolina Board of Cosmetic Art Examiners, and LYNDA ELLIOTT, in her official capacity as Executive Director of the North Carolina Board of Cosmetic Art Examiners.<br><br>    Defendants. | **ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of **Milad Emam** for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Virginia and that his contact information is as follows:

>Milad Emam
>INSTITUTE FOR JUSTICE
>901 N. Glebe Road, Suite 900
>Arlington, VA 22203
>Tel: (703) 682-9320
>Fax: (703) 682-9321
>Email: memam@ij.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Jasna Bukvic-Bhayani, Dahlia Institute of Makeup Artistry LLC, and Julie Goodall;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Western District of North Carolina. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Signed: September 15, 2017

Graham C. Mullen
United States District Judge