IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-508-GCM

| | |
|---|---|
| JASNA BUKVIC-BHAYANI, <br><br> DHALIA INSTITUTE OF MAKEUP ARTISTRY, LLC, and <br><br> JULIE GOODALL <br><br>       Plaintiffs, <br><br> v. <br><br> BALDWIN RAY MITCHELL, JR., <br> WYATT JONES, JR., <br> KRISTA RODE, <br> ABBY SEATS, <br> DIANE SMITH, and <br> RENEE BYARS, *in their official capacities as Members of the North Carolina Board of Cosmetic Art Examiners*, and <br><br> LYNDA ELLIOTT, *in her official capacity as the Executive Director of the North Carolina Board of Cosmetic Art Examiners,* <br><br>       Defendants. | ORDER |

      **THIS MATTER** is before the Court on its own motion. In light of the statements made by the parties in support of their memoranda filed with respect to Defendants' Motion to Dismiss, the Court believes that a judicial settlement conference may be beneficial. Therefore, the Court directs the parties to participate in a judicial settlement conference with the Honorable David C. Keesler, U.S. Magistrate Judge. Counsel for Plaintiffs and Defendants shall attend the conference together with each Plaintiff and Defendant (or a representative of each with settlement authority).

Magistrate Judge David Keesler will issue an order scheduling the conference. If necessary, Judge Keesler's judicial assistant, Karen Burton, can be reached at 704-350-7430.

**SO ORDERED**.

Signed: January 25, 2018

Graham C. Mullen
United States District Judge